# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3931

_____

| | | |
|---|---|---|
| Leon Henry Carter, III, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| CWF Solutions, LLC; Mark Novak, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: August 4, 2010
Filed: August 24, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.


Minnesota inmate Leon Carter appeals from the order of the District Court[1] dismissing his 42 U.S.C. § 1983 action. The District Court concluded that Carter failed to state an Eighth Amendment claim, and the court declined to exercise jurisdiction over Carter's state-law claims. After careful de novo review, we affirm for the reasons given by the District Court. See Blankenship v. USA Truck, Inc., 601

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the Report and Recommendation of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

F.3d 852, 853 (8th Cir. 2010) (reviewing de novo the district court's dismissal for failure to state a claim, accepting the allegations in the complaint as true and affording the plaintiff all reasonable inferences that can be drawn from those allegations); see also Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (explaining that pro se complaints are to be liberally construed but noting that "they still must allege sufficient facts to support the claims advanced").

_____